UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| VICKI CALDWELL,<br>　　　　Plaintiff, | No. C 10-4608 JCS |
| 　　v. | **ORDER RE: ATTENDANCE** |
| HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY<br>　　　　Defendant.<br>_____/ | Date:　　　April 13, 2011<br>Mediator:　Eric Ivary |

　　　IT IS HEREBY ORDERED that the request for defendant Hartford Life and Accident Insurance Company of North America's representative, Georgette Lovelace, to attend telephonically the April 13, 2011 mediation that before Eric Ivary is GRANTED.  Ms. Lovelace shall be available at all times to participate in the mediation session in accordance with ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

March 21, 2011　　　　　　　By:　　　　　　_[signature]_
Dated　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge