Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Tel. (925) 253-5540
Fax. (925) 253-5542
Attorney for Plaintiff, Vicki L. Caldwell

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| VICKI L. CALDWELL, | CASE NO. C10-04608 JCS |
|---|---|
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL |
| vs. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice, with each party to bear their own fees and costs.

Dated: April 13, 2011

By: /s/ P. Randall Noah     By: /s/ Elise D. Klein
P. Randall Noah,            Ms. Elise D. Klein
Attorney for Plaintiff,     Attorney for Defendant,
Vicki L. Caldwell           Hartford Life And Accident
                            Insurance Company

**ORDER**

The above-captioned matter is dismissed in its entirety with prejudice.

IT IS SO ORDERED.
DATED:  4/18/11            By: _____
                               Judge United States District Court
                               Judge Joseph C. Spero